Chief District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH JEAN FLEENOR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TERRI A. ROBINSON, *et al.*, <br><br> Defendants. | No. 21-cv-782-RSM <br><br> **STIPULATED MOTION TO DISMISS AND ORDER** <br><br> Noted for Consideration: <br> September 7, 2021 |

Plaintiffs bring this litigation seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to set aside its denial of Plaintiff Faide's Form I-485 application and to adjudicate Plaintiff's work and travel applications. Dkt. No. 1. On June 28, 2021, USCIS voluntarily reopened Plaintiff's Form I-485 for entry of a new decision and approved Plaintiff's work and travel applications. As a result of the reopening, Plaintiff's Form I-485 was interview ready as of February 17, 2021. Defendants agree that Plaintiff's Form I-485 will be scheduled for interview at least as rapidly as other family based INA 245(a) cases interview ready on February 17, 2021, and that the delays associated with the USCIS denial and subsequent reopening of this case will not result in any delays in the interview date.

STIPULATED MOTION TO DISMISS
(21-cv-00782 RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice, with each party to bear their own fees or costs.

Dated: September 7, 2021                              Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

/s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Wa 98402
Phone:  206-428-3824
Email:   michelle.lambert@usdoj.gov

*Attorneys for Defendants*

/s/ Devin T. Theriot-Orr
DEVIN T. THERIOT-ORR,
WSBA # 33995
Open Sky Law, PLLC
20415 72nd Ave S., Suite 110
Kent, WA 98032
Telephone: (206) 962-5052
Email: devin@opensky.law

*Attorneys for Plaintiffs*

STIPULATED MOTION TO DISMISS
 (21-cv-00782 RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is so **ORDERED**. The case is dismissed without prejudice.

DATED this 8th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO DISMISS
(21-cv-00782 RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970